IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN W. DWYER, *et al.* | * | |
|     Plaintiffs, | | |
| | * | Case No. 1:19-cv-01272-RDB |
|     v. | | |
| | * | |
| Alan Zuccari | | |
| | * | |
|     Defendant. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ARKANSAS NURSING HOME ACQUISTION, LLC, *et al.* | * | |
| | * | |
|     Plaintiffs, | | |
| | * | Case No. 1:19-cv-03632-RDB |
|     v. | | |
| | * | |
| CFG COMMUNITY BANK, *et al.* | | |
| | * | |
|     Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT SCHEDULING ORDER

Pursuant to this Court's direction, counsel for each of the parties have conferred with respect to a proposed schedule for the above-captioned cases, and propose the following schedules, which amend the Scheduling Orders currently entered in the cases:

**Case No.: 1:19-cv-01272-RDB:**

    June 26, 2020:    Defendant's Rule 26(a)(2) disclosures

    July 10, 2020:    Plaintiff's rebuttal Rule 26(a)(2) disclosures

**Case No.: 1:19-cv-03632-RDB:**

    Defendants in case ending 3632 propose that initial disclosures be provided by the parties

pursuant to Fed. R. 26(a)(1) on June 15, 2020, because there does not appear to be any applicable exception under Rule 26(b) for exempting this case from the requirement to provide initial disclosures, and Defendants seeks the initial disclosures for purposes of propounding directed discovery and understanding the basis for the damages asserted by Plaintiff.  The Plaintiff proposes to forego the requirements under Rule 26(a)(1) because the initial Scheduling Order in this case entered by the Court indicates that this is a case that is exempt from disclosures.

| | |
|---|---|
| July 20, 2020: | Plaintiff's Rule 26(a)(2) disclosures |
| August 17, 2020: | Defendants' Rule 26(a)(2) disclosures |
| August 31, 2020: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |

**Case Nos.:  1:19-cv-01272-RDB** *and* **1:19-cv-03632-RDB**

| | |
|---|---|
| November 9, 2020: | Rule 26(e)(2) supplementation of disclosures and responses |
| December 1, 2020: | Discovery deadline; submission of status reports |
| December 8, 2020: | Requests for admission |
| January 8, 2021: | Dispositive pretrial motions deadline |
| February 8, 2021: | Dispositive pretrial motions opposition deadline |
| March 29, 2021: | Pretrial conference |
| April 5-16, 2021: | Trial |

SEEN AND AGREED:

Dated:  June 5, 2020             */s/ Kevin G. Hroblak*
                                 Kevin G. Hroblak (Bar No. 26180)
                                 Gardner M. Duvall (Bar No. 09823)
                                 Michael P. Collins, Jr. (Bar No. 20805)
                                 Whiteford, Taylor & Preston L.L.P.
                                 Seven Saint Paul Street, Suite 1500
                                 Baltimore, Maryland 21202
                                 (410) 347-8700
                                 khroblak@wtplaw.com
                                 gduvall@wtplaw.com
                                 mcollins@wtplaw.com

2

*Attorneys for Capital Funding Group, Inc., CSCV Real Estate Holdings, LLC, John Dwyer, and Brian Reynolds*


Timothy J. McEvoy, Esq. (Bar No. 15292)
Eric S. Waldman, Esq. (Bar No. 20163)
Edward W. Cameron, Esq. (admitted pro hac vice)
Matthew H. Sorensen, Esq. (admitted pro hac vice)
CAMERON/McEVOY PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, VA 22030
Tel: (703) 273-8898
Fax: (703) 273-8897
tmcevoy@cameronmcevoy.com
ewaldman@cameronmcevoy.com
ecameron@cameronmcevoy.com
msorensen@cameronmcevoy.com

-and-

  */s/ Thomas M. Wood IV*
Price O. Gielen (#7612010130)
Thomas M. Wood IV (#8005010215)
NEUBERGER, QUINN, GIELEN, RUBIN, & GIBBER, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202
pog@nqgrg.com
tmw@nqgrg.com
410-332-8550 (Main)
410-332-8584 (POG Direct)
410-332-8523 (TMW Direct)
410-332-8561 (Facsimile)

*Attorneys for Alan Zuccari and AJZ Capital, LLC*


SO ORDERED:

6/8/2020                              /s/
                    The Honorable Richard D. Bennett
                    United States District Court Judge


*11362528*

3