**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOHN W. DWYER, *et al.* | * | |
| Plaintiffs, | | |
| | * | Case No. 1:19-cv-01272-RDB |
| v. | | |
| | * | |
| Alan Zuccari | | |
| | * | |
| Defendant. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ARKANSAS NURSING HOME ACQUISITION, LLC, *et al.* | * | |
| | * | |
| Plaintiffs, | | |
| | * | Case No. 1:19-cv-03632-RDB |
| v. | | |
| | * | |
| CFG COMMUNITY BANK, *et al.* | | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER AMENDING JOINT SCHEDULING ORDER**

Pursuant to Local Civil Rule 105.2(c), counsel for each of the parties have conferred with one another concerning the proposed schedule for the briefing of their respective Motions and Cross-Motions for Summary Judgment in the above-captioned cases, and have reached an agreement concerning that schedule, which agreement is set forth in this Agreed Order.

Having reviewed the parties' proposed schedule for the briefing of their respective Motions and Cross-Motions for Summary Judgment in the cases and finding that good cause exists to amend the portion of the June 8, 2020 Joint Scheduling Order concerning the deadlines for

dispositive pretrial motions, it is hereby **ORDERED** that the following briefing schedule shall apply to the parties' respective dispositive motions in the cases:

| DEADLINE | SUMMARY JUDGMENT PAPERS | PAGE LIMITS |
|---|---|---|
| December 23, 2020 | Defendant Alan J. Zuccari's Motion for Summary Judgment in Case No. 1:19-cv-01272-RDB and Plaintiff AJZ Capital, LLC's Motion for Summary Judgement in Case No. 1:19-cv-0632-RDB | 45 Pages |
| January 22, 2021 | Plaintiff Capital Funding Group, Inc.'s Opposition to Alan J. Zuccari's Motion for Summary Judgment and Cross-Motion for Summary Judgment in Case No. 1:19-cv-01272-RDB and Defendants John W. Dwyer, Brian Reynolds and CSCV Real Estate Holdings, LLC's Opposition to AJZ Capital, LLC's Motion for Summary Judgment and Cross-Motion for Summary Judgment in Case No. **1:**19-cv-03632-RDB | 60 Pages |
| February 12, 2021 | Defendant Alan J. Zuccari's Reply in Support of his Motion for Summary Judgment and Opposition to Capital Funding Group, Inc.'s Cross-Motion for Summary Judgment and Plaintiff AJZ Capital, LLC's Reply in Support of its Motion for Summary Judgment and Opposition to Defendants John W. Dwyer, Brian Reynolds and CSCV Real Estate Holdings, LLC's Cross-Motion for Summary Judgment | 40 Pages |
| February 26, 2021 | Plaintiff Capital Funding Group, Inc.'s Reply in Support of its Cross-Motion for Summary Judgment and Defendants John W. Dwyer, Brian Reynolds and CSCV Real Estate Holdings, LLC's Reply in Support of their Cross-Motion for Summary Judgment | 25 Pages |

It is further **ORDERED** that the June 8, 2020 Joint Scheduling Order is amended to adopt the above-schedule for filing and briefing dispositive motions in the cases.

All other deadlines set forth in the June 8, 2020 Joint Scheduling Order shall remain in effect and shall not be altered by this Order.

SEEN AND AGREED:

Dated: December 15, 2020

/s/ *Kevin G. Hroblak*
Kevin G. Hroblak (Bar No. 26180)
Gardner M. Duvall (Bar No. 09823)
Michael P. Collins, Jr. (Bar No. 20805)
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1500
Baltimore, Maryland 21202
(410) 347-8700
khroblak@wtplaw.com
gduvall@wtplaw.com
mcollins@wtplaw.com
*Attorneys for Capital Funding Group, Inc., CSCV Real Estate Holdings, LLC, John Dwyer, and Brian Reynolds*


/s/ *Eric S. Waldman*
Timothy J. McEvoy, Esq. (Bar No. 15292)
Eric S. Waldman, Esq. (Bar No. 20163)
Edward W. Cameron, Esq. (admitted pro hac vice)
Matthew H. Sorensen, Esq. (admitted pro hac vice)
CAMERON/McEVOY PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, VA 22030
Tel: (703) 273-8898
Fax: (703) 273-8897
tmcevoy@cameronmcevoy.com
ewaldman@cameronmcevoy.com
ecameron@cameronmcevoy.com
msorensen@cameronmcevoy.com

-and-

*/s/ Thomas M. Wood IV*
Price O. Gielen (#7612010130)
Thomas M. Wood IV (#8005010215)
NEUBERGER, QUINN, GIELEN, RUBIN, &
GIBBER, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202
pog@nqgrg.com
tmw@nqgrg.com
410-332-8550 (Main)
410-332-8584 (POG Direct)
410-332-8523 (TMW Direct)
410-332-8561 (Facsimile)

*Attorneys for Alan Zuccari and AJZ Capital, LLC*

SO ORDERED:

/s/
_____
Beth P. Gesner
Chief United States Magistrate Judge