**CHAMBERS OF**                                 **U.S. COURTHOUSE - CHAMBERS 5D**
**RICHARD D. BENNETT**                          **101 W. LOMBARD STREET**
**UNITED STATES DISTRICT JUDGE**               **BALTIMORE, MD 21201**
**NORTHERN DIVISION**                                    **TEL: 410-962-3190**
                                                                  **FAX: 410-962-3177**

March 8, 2021

**LETTER ORDER**

To Counsel of Record:  *Capital Funding Group, Inc. v. Alan Zuccari* (**RDB-19-1272**)
                                 *AJZ Capital, LLC, v. John W. Dwyer, et al.* (**RDB-19-3632**)

Dear Counsel:

On March 8, 2021, this Court held a Motions hearing via Zoom to address the pending cross-motions for summary judgment in the above-captioned cases. (ECF Nos. 70, 189 in RDB-19-1272; ECF Nos. 47, 166 in RDB-19-3632.)  The Court will address those Motions in a forthcoming Memorandum and Opinion.  In addition, pursuant to the circumstances created by the COVID-19 Pandemic, and pursuant to Standing Order 2021-04 (D. Md. Feb. 17, 2021), the jury trial scheduled for April 5, 2021 is POSTPONED and all related scheduling orders pertaining to that trial date shall be revised at an off-the-record status conference call scheduled for **Friday, March 26, 2021 at 11:00 a.m.**  The dial-in information for that call is as follows: Number: 605-475-6711, Code: 684-9982.

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

                                             Sincerely,

                                                        _____/s/_____
                                                        Richard D. Bennett
                                                        United States District Judge