IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN W. DWYER, *et al*. | * | |
| Plaintiffs, | * | Case No. 1:19-cv-01272-RDB |
| v. | * | |
| Alan Zuccari | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ARKANSAS NURSING HOME ACQUISTION, LLC, *et al*. | * | |
| | * | |
| Plaintiffs, | * | Case No. 1:19-cv-03632-RDB |
| v. | * | |
| CFG COMMUNITY BANK, *et al*. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

Capital Funding Group, Inc., John Dwyer, Brian Reynolds, CSCV Real Estate Holdings, LLC, Alan Zuccari and AJZ Capital, LLC (collectively, the "Parties") jointly and through respective undersigned counsel, hereby submit this Joint Status Report, and state as follows:

1. The Parties agree to waive their right to a jury trial in the above-captioned cases and agree to proceed via a bench trial.

2. To the extent such consent is required, the Parties agree to proceed with mediation before a Magistrate Judge.

Respectfully submitted,

**[SIGNATURE PAGE FOLLOWS]**

<div style="display:flex">
<div>

*/s/ Kevin G. Hroblak*
Kevin G. Hroblak (Bar No. 26180)
Gardner M. Duvall (Bar No. 09823)
Michael P. Collins, Jr. (Bar No. 20805)
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1500
Baltimore, Maryland 21202
(410) 347-8700
khroblak@wtplaw.com
gduvall@wtplaw.com
mcollins@wtplaw.com

*Attorneys for Capital Funding Group, Inc., John W. Dwyer, and Brian Reynolds, and CSCV Real Estate Holdings, LLC*

</div>
<div>

*/s/ Eric S. Waldman*
Eric S. Waldman, Esq.
(MD Fed. Bar No. 20163)
Edward W. Cameron, Esq.
(admitted *pro hac vice*)
Matthew H. Sorensen, Esq.
(admitted *pro hac vice*)
Cameron/McEvoy PLLC
4100 Monument Corner Driver, Suite 420
Fairfax, VA 22030
ewaldman@cameronmcevoy.com
ecameron@cameronmcevoy.com
msorensen@cameronmcevoy.com

*and*

Thomas M. Wood, IV, Esq.
(MD Fed. Bar No. 00365)
Neuberger, Quinn, Geilen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202
tmw@nqgrg.com

*Attorneys for Alan Zuccari and AJZ Capital, LLC*

</div>
</div>

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of March, 2021, one (1) copy of the foregoing was served to all counsel of record via the Court's CM/ECF system to all counsel of record.

/s/ *Michael P. Collins, Jr.*
Michael P. Collins, Jr.

*11702151*