# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN W. DWYER, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALAN ZUCARRI, )<br>)<br>Defendant. )<br>_____) | Case No. 1:19-cv-01272-RDB |
| ARKANSAN NURSING HOME )<br>ACQUISITION, LLC, *et al* )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>CFG COMMUNITY BANK, *et al.* )<br>)<br>Defendants. )<br>_____) | Case No. 1:19-cv-3632-RDB |

## NURSING HOME PLAINTIFFS

1. THE ESTATE OF RABIHA A. BARZAK, by and through SUMMER M. ABDUL-JAWAD, Executor;

2. THE ESTATE OF MARIAN E. BILLINGS, by and through VALERIE L. MATHESON, Personal Representative;

3. NE'HEMIAH DILLARD as Personal Representative of the Estate of FRANCES BURKS; by and on behalf of the Estate of FRANCES BURKES; and by and on behalf of the survivors VANESSA ROBINSON, BOBBY RIGGS, and ALMA GILBERT;

4. THE ESTATE OF JOYCE C. CASTRO, by and through FRANK JULIO CASTRO, Personal Representative;

5. THE ESTATE OF LILY COOMBS, by and through SUSAN E. CORRIGAN, Personal Representative;

6. JEANNIE FRITTS, as Special Administratrix for the ESTATE OF BETTIE L. DAY, deceased;

7. THE ESTATE OF CAROL DESANTIS, by and through FELIX DESANTIS, Personal Representative;

8. DORIS M. DIAMOND, by and through, SUSAN T. CARTER, Attorney-in-Fact;

9. DOMINIC FIORENTINO, Administrator for the ESTATE OF ANNA M. FIORENTINO, deceased;

10. THE ESTATE OF MIGUELINA GONZALES, by and through CONSTANCE MARIE BOSTICK, Personal Representative;

11. THE ESTATE OF EDITH GOODROW, by and through BRUCE S. GOODROW, Personal Representative;

12. THE ESTATE OF CARL N. INGOLIA, by and through SEAN E. HENGESBACH, Personal Representative;

13. KENNETH DWAYNE CURTIS, as Power of Attorney for SHIRLEY L. JOHNSON;

14. THE ESTATE OF WILLIAM BARTLETT KEEN, by and through ELIZABETH M. KEEN, Personal Representative;

15. THE ESTATE OF BARBARA KIMMEL, by and through DAVID GOLDSTEIN and MARC EVAN GOLDSTEIN, Co-Personal Representatives;

16. THE ESTATE OF MARION H. KIRBY, by and through MARION K. McKINNEY, Personal Representative;

17. THE ESTATE OF CALVIN COOLIDGE LARD, by and through EMILY LARD, Administrator;

18. THE ESTATE OF ELSIE DONNA MAHON, by and through KIMBERLY M. DUKICH, Personal Representative;

19. THE ESTATE OF LEROY T. MANUEL, SR., by and through LEROY T. MANUEL, JR., Personal Representative;

20. THE ESTATE OF ANGELINE L. MAROTTA, by and through ANDREA MAROTTA RHODES, Personal Representative;

21. DAWN GROSS, as Executrix of the ESTATE OF MATURO LYDIA (a/k/a MATURO M. LYDIA), deceased;

22. THE ESTATE OF SARA NEAL, by and through LISA D. FATH, Personal Representative;

23. Harry Burns, Jr., as Personal Representative for the ESTATE OF RETA C. PIPKIN;

24. RYAN L. ROBERTSON, by and through CAROLYN S. BARNES, Plenary Guardian;

25. ROY MULLINS, as Special Administrator for the ESTATE OF JUANITA MAE ROBINSON, deceased, and on behalf of the wrongful death beneficiaries of Juanita Mae Robinson;

26. CHRISTY PULLIN, as Administratrix of the ESTATE OF MARJORIE A. ROGERS, deceased, and on behalf of the wrongful death beneficiaries of MARJORIE A. ROGERS;

27. BARBARA SMITH, by and through SHARON SMITH-MOORE, Attorney-in-Fact;

28. THE ESTATE OF PATRICIA J. SPRIGGS, by and through KANDY M. BURRESS, Personal Representative;

29. THE ESTATE OF JUSTINA MARIE TATUM, by and through CARISSA MARIE TATUM, Personal Representative;

30. LISA ANN GALBRAITH (AKA LISA CHILDERS GALBRAITH), as Executrix for THE ESTATE OF MARYANN VERZICCO (AKA MARYANN T. VERZICCO), deceased;

31. BEVERLY H. VIGNOCHI, by and through TIA VIGNOCHI LAMBERT, Attorney-in-Fact.

32. RUBY LEE TAYLOR, as Special Administratrix for the ESTATE OF GEORGE EDWARD COLE, deceased, and on behalf of the wrongful death beneficiaries of George Edward Cole, deceased.