**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | |
|---|---|
| JOHN W. DWYER *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:19-cv-01272 (RDB) |
| | ) |
| ALAN ZUCCARI | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT ALAN ZUCCARI'S INTERIM SEALING MOTION**

Defendant Alan Zuccari ("Zuccari") in Case No. 1:19-cv-01272-RDB, by counsel, and

pursuant to Local Rules 104.13(c) and 105.11, files this Interim Sealing Motion and, in support

thereof, states as follows:

1.      On May 5, 2020, the Court entered a Consent Order Governing Discovery of

Documents and Electronically Stored Information in Case No. 1:19-cv-01272-RDB.  ECF No. 29.

On June 8, 2020, the Court entered an identical Consent Order Governing Discovery of Documents

and Electronically Stored Information in Case No. 1:19-cv-03632-RDB.  ECF No. 32.  The

Consent Orders Governing Discovery of Documents and Electronically Stored Information in the

foregoing consolidated cases are collectively referred to herein as the "Confidentiality Orders."

2.      The Confidentiality Orders state that:

> To the extent that any materials subject to this Confidentiality Order (or any
> pleading, motion, or memorandum disclosing them) are proposed to be filed or are
> filed with the Court, those materials and papers, or any portion thereof which
> discloses confidential information, shall be filed under seal (by the filing party)
> with the Clerk of the Court with a simultaneous motion pursuant to L.R. 104.13(c)
> (hereinafter the 'Interim Sealing Motion'), in accordance with the current version
> of the Court's Electronic Filing Requirements and Procedures for Civil Cases.

Confidentiality Orders, ¶3.

4100 Monument Corner Drive, Suite 420, Fairfax, Virginia 22030   TEL 703.273.8898   FAX 703.273.8897

Cameron/McEvoy PLLC

3.       The Confidentiality Orders further provide that "[e]ven if the filing party believes that the materials subject to the Confidentiality Order are not properly classified as confidential, the filing party shall file the Interim Sealing Motion; provided, however, that the filing of the Interim Sealing Motion shall be wholly without prejudice to the filing party's rights under paragraph (5) of this Confidentiality Order." *Id.*, ¶3.

4.       On August 18, 2021, Zuccari filed a Motion *in Limine* in Case No. 1:19-cv-01272-RDB, seeking to preclude Plaintiff Capital Funding Group, Inc. ("CFG") from introducing evidence and/or argument at trial concerning the purported "Conditional Payment/Distribution" (the "Motion *in Limine*")

5.       Exhibits 4 through 6 to the Memorandum of Points and Authorities in Support of the Motion *in Limine* (the "Motion *in Limine* Brief") are copies of expert witness reports that CFG has designated as "CONFIDENTIAL".

6.       In accordance with the Confidentiality Orders, Zuccari has filed Exhibits 4 through 6 to the Motion *in Limine* Brief under seal and simultaneously filed this Motion.

7.       The filing of this Motion, however, is without prejudice to Zuccari's right under the Confidentiality Orders to challenge the confidentiality designation of Exhibits 4 through 6 to the Motion *in Limine* Brief.

8.       Zuccari presently takes no position with respect to the propriety of CFG's confidentiality designations as to the documents attached to the Motion *in Limine* Brief as Exhibits 4 through 6, except to note that they are required to file those documents under Seal pursuant to the Confidentiality Orders.

2

9.      Being obligated by the Confidentiality Orders to do so in light of CFG's confidentiality designations, Zuccari requests that the Court enter a protective order sealing a portion of the record and placing under seal Exhibits 4 through 6 to the Motion *in Limine* Brief.

WHEREFORE, in consideration of the foregoing, Defendant Alan Zuccari in Case No. 1:19-cv-01272-RDB moves this Court to enter a protective order sealing a portion of the record and placing under seal Exhibits 4 through 6 to the Motion *in Limine* Brief.

Respectfully submitted,

ALAN ZUCCARI
By Counsel

/s/
Timothy J. McEvoy, Esq.
(MD Fed. Bar No. 15292)
Eric S. Waldman, Esq.
(MD Fed. Bar No. 20163)
Edward W. Cameron, Esq.
(admitted *pro hac vice*)
Matthew H. Sorensen, Esq.
(admitted *pro hac vice*)
CAMERON/McEVOY PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, VA 22030
Tel: (703) 273-8898
Fax: (703) 273-8897
tmcevoy@cameronmcevoy.com
ewaldman@cameronmcevoy.com
ecameron@cameronmcevoy.com
msorensen@cameronmcevoy.com

3

Thomas M. Wood IV, Esq.
(MD Fed. Bar No. 00365)
NEUBERGER, QUINN, GIELEN, RUBIN, &
GIBBER, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202
tmw@nqgrg.com
410-332-8550 (Main)
410-332-8523 (Direct)
410-332-8561 (Facsimile)

*Counsel for Defendant Alan J. Zuccari*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, August 18, 2021, I filed the foregoing pleading using the Court's CM/ECF system, which sent a true and accurate copy to:

Kevin G. Hroblak, Esquire
Gardner M. Duvall, Esquire
Aaron L. Casagrande, Esquire
Michael P. Collins, Jr., Esquire
WHITEFORD, TAYLOR & PRESTON, LLP
Seven Saint Paul Street, Suite 1500
Baltimore, MD  21202
(410) 347-8700
khroblak@wtplaw.com
gduvall@wtplaw.com
acasagrande@wtplaw.com
mcollins@wtplaw.com
*Counsel for Plaintiffs*

/s/
Eric S. Waldman

4100 Monument Corner Drive, Suite 420, Fairfax, Virginia 22030
TEL 703.273.8898   FAX 703.273.8897

Cameron McEvoy
PLLC