**CHAMBERS OF**  **U.S. COURTHOUSE - CHAMBERS 5D**
**RICHARD D. BENNETT**  **101 W. LOMBARD STREET**
**UNITED STATES DISTRICT JUDGE**  **BALTIMORE, MD 21201**
**NORTHERN DIVISION**  **TEL: 410-962-3190**
   **FAX: 410-962-3177**

August 30, 2021

**LETTER ORDER**

To Counsel of Record:   *Capital Funding Group, Inc. v. Alan Zuccari* (**RDB-19-1272**)
   *AJZ Capital, LLC, v. John W. Dwyer, et al.* (**RDB-19-3632**)

Dear Counsel:

This will confirm the off-the-record telephone conference of today with respect to deposition designations for the bench trial scheduled to begin Monday, September 13, 2021. Pursuant to agreement by counsel, the Zuccari parties shall file their general hearsay objections by **12 p.m. on Tuesday, August 31, 2021**. The Dwyer parties shall file their response thereto by **12 p.m. on Wednesday, September 1, 2021**.

The parties shall file their deposition designations and cross-designations, noting any objections thereto, by **12 p.m. on Thursday, September 2, 2021**. The parties shall also provide courtesy copies of these filings to the Court. Finally, the parties' Pretrial Order shall be filed by **2 p.m. on Tuesday, September 7, 2021**.

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

_____/s/_____
Richard D. Bennett
United States District Judge