Ter IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN W. DWYER, *et al.* | * | |
| Plaintiffs, | | |
| | * | Case No. 1:19-cv-01272-RDB |
| v. | * | |
| ALAN ZUCCARI | | |
| | * | |
| Defendant. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ARKANSAS NURSING HOME ACQUISTION, LLC, *et al.* | * | |
| | * | |
| Plaintiffs, | | |
| | * | Case No. 1:19-cv-03632-RDB |
| v. | * | |
| CFG COMMUNITY BANK, *et al.* | | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **STIPULATION OF DISMISSAL**

Plaintiffs Capital Funding Group and John W. Dwyer and Defendant Alan Zuccari in Case No. 1:19-CV-1272-RDB and Plaintiffs AJZ Capital, LLC and Arkansas Nursing Home Acquisition, LLC and Defendants John W. Dwyer, Brian Reynolds, CSCV Real Estate Holdings, LLC, CFG Community Bank, Capital Funding Group, Inc., CSCV Holdings, LLC, CSCV Consulting, LLC, and Milestone Retirement Companies, LLC in Case No. 1:19-CV-03632-RDB, by and through their respective undersigned counsel, hereby state that the parties to the above-captioned actions have agreed to dismiss the actions and file this Stipulation of Dismissal pursuant

to Rule 41 of the Federal Rules of Civil Procedure, requesting that the Court dismiss the actions in their entirety with prejudice, with all parties to bear their own costs, fees and expenses.

Dated: September 3, 2021

| | |
|---|---|
| */s/ Michael P. Collins, Jr.* | */s/* |
| Kevin G. Hroblak (Bar No. 26180) | Eric S. Waldman, Esq. |
| Gardner M. Duvall (Bar No. 09823) | (MD Fed. Bar No. 20163) |
| Aaron L. Casagrande (Bar No. 28518) | Edward W. Cameron, Esq. |
| Michael P. Collins, Jr. (Bar No. 20805) | (admitted *pro hac vice*) |
| Whiteford, Taylor & Preston L.L.P. | Matthew H. Sorensen, Esq. |
| Seven Saint Paul Street, Suite 1500 | (admitted *pro hac vice*) |
| Baltimore, Maryland 21202 | Cameron/McEvoy PLLC |
| (410) 347-8700 | 4100 Monument Corner Driver, Suite 420 |
| khroblak@wtplaw.com | Fairfax, VA 22030 |
| gduvall@wtplaw.com | ewaldman@cameronmcevoy.com |
| mcollins@wtplaw.com | ecameron@cameronmcevoy.com |
| | msorensen@cameronmcevoy.com |
| *Attorneys for Capital Funding Group, Inc., John W. Dwyer, Brian Reynolds, CSCV Real Estate Holdings, LLC, CFG Community Bank, CSCV Holdings, LLC, CSCV Consulting, LLC, and Milestone Retirement Companies, LLC* | and |
| | Thomas M. Wood, IV, Esq. |
| | (MD Fed. Bar No. 00365) |
| | Neuberger, Quinn, Geilen, Rubin & Gibber, P.A. |
| | One South Street, 27th Floor |
| | Baltimore, Maryland 21202 |
| | tmw@nqgrg.com |
| | *Attorneys for Alan Zuccari, AJZ Capital, LLC, and Arkansas Nursing Home Acquisition, LLC* |

*11936502*